# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:20-cv-06319 JAK(SKx) |
| Real Property Located in Beverly Hills, California | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____    _____
Date                                         United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

(See Attachment)
_____
_____
_____

_Christina A. Snyder_ (signature)

July 27, 2020                              United States District Judge
Date

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:13-cv-01518 CAS   and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*
CV-34 (03/19)              ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)

# **ATTACHMENT**

The Court has reviewed the proposed related case and determined that it is not related to the earlier-filed matter. The earlier case, No. 2:13-CV-01518, concerned a contract dispute between Tower Park Properties LLC ("TPP") and representatives of the Mark Hughes Family Trust ("Trust") involving a parcel of real property known as "the Mountain." The matter came to this Court from an appeal of an order of the U.S. Bankruptcy Court dismissing the complaint without leave to amend. In the underlying bankruptcy case, TPP claimed that the Trust from which it had purchased the Mountain had breached a settlement agreement between them by interfering with TPP's development of the property. TPP claimed that the breach *inter alia* required TPP to sell the Mountain to another investment group, Secured Capital Partners ("SCP"), unrelated to the underlying dispute.

The proposed related case appears to be unrelated to the dispute at issue in case number 2:13-CV-01518. Instead, the proposed related case arises out of an alleged scheme by members of SCP to embezzle funds from the Kuwaiti government, and launder those proceeds through several subsequent transactions. The only allegation common to case number 2:13-CV-01518 and the proposed related case is that investors in the SCP group used some of the allegedly embezzled funds to acquire the Mountain from TPP.